AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

8 U.S.C. 1326

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

Imprisonment for not more than twenty years;
Fine of up to $250,000.00;
Special assessment of $100.00; and
Supervised release of not more than three years.

**E-filing**

— PROCEEDING —

Name of Complaintant Agency, or Person (&Title, if any)

Deportation Officer Polly Kaiser, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

3:08-MEJ-70456

Name and Office of Person Furnishing Information on THIS FORM

Joseph P. Russoniello

☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Matthew L. McCarthy

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S. —

▶ FARID HUMBERTO TEJADA

DISTRICT COURT NUMBER

**CR 08   0527**

**FILED**
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SI**

— DEFENDANT —

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☑ Yes   } If "Yes" give date filed
☐ No

DATE OF ARREST ▶   Month/Day/Year   7/10/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year   7/16/2008

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**V.**

FARID HUMBERTO TEJADA-BERRIOS

E-filing     CR 08     0527     SI

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien
After Deportation

_INDICT_

A true bill.

_____
                              Foreman

Filed in open court this ___7___ day of _August_
                                             _2008_

_____
                                 Clerk

Bail $ _No process_

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**E-filing**

FILED

AUG 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**SI**

CR 08 **0527**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| ) | |
| Plaintiff, ) | VIOLATION: 8 U.S.C. § 1326 – Illegal |
| ) | Reentry by an Alien After Deportation |
| v. ) | |
| ) | |
| FARID HUMBERTO TEJADA BERRIOS ) | SAN FRANCISCO VENUE |
| a/k/a FARIN TEJADO ) | |
| a/k/a FARID TEJUDA ) | |
| a/k/a FARID BERRIOS ) | |
| a/k/a FARID HUMBERTO TEJADO | |
| a/k/a FARID TEJADA | |
| | |
| Defendant. | |

<u>INDICTMENT</u>

The Grand Jury charges:

On or about May 11, 2005, the defendant,

FARID HUMBERTO TEJADA BERRIOS,
a/k/a Farin Tejado,
a/k/a Farid Tejuda,
a/k/a Farid Berrios,
a/k/a Farid Humberto Tejado,
a/k/a Farid Tejada

an alien, was excluded, deported, and removed from the United States, and thereafter, on or

about July 15, 2008, was found in the Northern District of California, the Attorney General of the

United States and the Secretary for the Department of Homeland Security not having

//

INDICTMENT

1  expressly consented to a reapplication by the defendant for admission into the United

2  States, in violation of Title 8, United States Code, Section 1326.

3      It is further alleged that the defendant was removed from the United States subesequent to the

4  date of conviction for an aggravated felony.

5

6  DATED: _08 - 07 - 08_                    A TRUE BILL.

7

8                                          FOREPERSON

9  JOSEPH P. RUSSONIELLO
   United States Attorney

10

11

12 KYLE WALDINGER
   Deputy Chief, Major Crimes Section

13

14 (Approved as to form: _____ )
                   MATTHEW L. McCARTHY

15                 Assitant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

2