**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/15/08

Case No.   CR-08-0527 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- FARID TEJADA BERRIOS (C)(p)

Attorneys:   McCarthy            Falk/Bosworth

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                                    PART

Case continued to **9/2/08 @ 1:30 P.M.**  for Status/To Set Motions

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:        Delay ends: 9/2/08**
(         AUSA to draft order       )

ORDERED AFTER HEARING:
Ms. Falk informed the Court that Ms. Bosworth will be the defendant's new attorney.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )