**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/2/08

Case No.   CR-08-0527 SI              Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- FARID TEJADA BERRIOS (C)(p)

Attorneys:   McCarthy              Bosworth

Deputy Clerk: Tracy Sutton   Court Reporter: D. Pas

**PROCEEDINGS**

1) Status - HELD
2)
3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                                PART

Case continued to  for Status/To Set Motions

Case continued to **10/31/08 @ 11:00 a.m.**   for Motion to Challenge Underlying Deportation (Motion due 9/26/08, Opposition 10/17/08  Reply 10/24/08 )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends:**
(          AUSA to draft order          )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )