BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TEJADA-BERRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FARID TEJADA-BERRIOS ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-08-527 SI <br><br> STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE AND CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS |

1. On September 9, 2008, the Court held a status conference in the above-captioned case, at which time the Court set a briefing schedule and hearing date for Mr. Tejada-Berrios's motion to dismiss.

2. Pursuant to that briefing schedule, Mr. Tejada-Berrios was required to file his motion on September 26, 2008; the government was to file its opposition on October 17, 2008; and defendant was to file his reply on October 24, 2008. The hearing on the motion was scheduled for October 31, 2008.

3. Though defense counsel has been mindful of the deadlines set in this case, it is taking longer than expected to secure the expert declaration necessary to file the motion. This is

both because the usual expert used by the Federal Defender's office is unavailable and because of the large amount of discovery that needs to be reviewed to file a declaration.

4. In order to ensure that Mr. Tejada-Berrios's motion is both accurate and complete, he respectfully requests that the court amend the motions schedule as follows:

Defendant's Motion due: October 17, 2008

Government's Response due: November 7, 2008

Defendant's Reply due: November 14, 2008

Motions Hearing: November 21, 2008

5. Undersigned counsel has discussed the continuance request with AUSA Matthew McCarthy, and he does not oppose the request. The above dates are amenable to his schedule as well.

6. As the Motion has already been filed, time will be excluded under the Speedy Trial Act through the conclusion of the hearing on the motion. *See* 18 U.S.C. § 3161(h)(1)(F).

IT IS SO STIPULATED.

____9/22/08_____  
DATED

_____/s/_____  
MATTHEW MCCARTHY  
Assistant United States Attorney

____09/22/08_____  
DATED

_____/s/_____  
RITA BOSWORTH  
Assistant Federal Public Defender

IT IS SO ORDERED.

_____  
DATED

_____  
SUSAN ILLSTON  
United States District Judge

Stip. & [Proposed] to Amend Briefing Schedule;  
*U.S. v. Tejada-Berrios*, CR 08-527 SI        2