JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. No. CR 08-0527 SI |
| Plaintiff, ) | [PROPOSED] STIPULATED ORDER CONTINUING SENTENCING |
| v. ) | |
| FARID HUMBERTO TEJADA-BERRIOS, ) | **Current Hearing Date: February 6, 2009**<br>Time: 11:00 a.m.<br>Judge: Hon. Susan Illston |
| Defendant. ) | **Proposed Hearing Date: March 6, 2009**<br>Time: 11:00 a.m. |

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
No. CR 08-0527 SI

1  The above-captioned case is currently scheduled for sentencing on Friday, February 6, 2009 at 11:00 a.m. After that date was set, U.S. Probation Officer Insa Bel'Ochi contacted counsel for both parties and indicated that she would need more time to complete the pre-sentence report in this matter. Counsel for the government and the defendant do not oppose the requested extension of time.

Therefore, the parties and U.S. Probation Office now jointly request that the date for sentencing in this case be continued to Friday, March 6, 2009.

Therefore, for good cause shown, the sentencing hearing now scheduled for Friday, February 6, 2009 is vacated. The matter shall be added to the Court's calendar on Friday, March 6, 2009 at 11:00 a.m. for sentencing.

IT IS SO ORDERED.

_____
DATED

HON. SUSAN ILLSTON
United States District Court Judge

IT IS SO STIPULATED.

 December 23, 2008                         /s/
DATED                          JOSEPH P. RUSSONIELLO
                               United States Attorney
                               Northern District of California
                               MATTHEW L. McCARTHY
                               Assistant United States Attorney


December 23, 2008                          /s/
DATED                          RITA B. BOSWORTH
                               Federal Public Defender
                               Attorney for Farid Tejada-Berrios

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
No. CR 08-0527 SI                    1